1014

[No. 53329-1-I. Division One. March 7, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. MORRIS DELBERT O'DELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-02648-2, Harry J. McCarthy, J., entered October 31, 2003. *Affirmed* by unpublished opinion per Baker, J., concurred in by Grosse and Agid, JJ.

[No. 53428-9-I. Division One. March 7, 2005.]

THE STATE OF WASHINGTON, *Appellant*, v. ROBERT PANKEY LEE, *Respondent*.

Appeal from judgments of the Superior Court for King County, No. 00-1-05949-0, Patricia H. Aitken, J., entered October 30 and November 3, 2003. *Reversed* by unpublished opinion per Kennedy, J., concurred in by Baker and Agid, JJ.

[No. 53484-0-I. Division One. March 7, 2005.]

PATRICIA NIEMELA, *Appellant*, v. VERA KALKWARF, as *Personal Representative*, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 01-2-01860-1, David A. Nichols, J., entered November 7, 2003. *Reversed* by unpublished opinion per Kennedy, J., concurred in by Agid and Appelwick, JJ.

[No. 53549-8-I. Division One. March 7, 2005.]

MICHAEL M. MCKINNEY ET AL., *Appellants*, v. PETER S. OSTROVSKY ET AL., *Respondents*.

Appeal from judgments of the Superior Court for Whatcom County, No. 02-2-01116-7, Steven J. Mura and David A. Nichols, JJ., entered November 2, 15, 21, 2002, and January 10 and December 5, 2003. *Affirmed in part*, *reversed in part*, and *remanded* by unpublished opinion per Kennedy, J., concurred in by Grosse and Becker, JJ.